**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  15-cr-00125-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WILLIAM MEXICAN,

    Defendant.

# ORDER

**Blackburn, J.**

The matter is before the court on the defendant's **Unopposed Motion To Continue Change of Plea Hearing and Maintain Order of Confinement (Doc #31)** [#32][1] filed September 9, 2015.  The court granted the motion to continue the first change of plea hearing by **Minute Order** [#33] filed September 9, 2015.  The court concludes that the motion to maintain order of confinement should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the defendant's **Unopposed Motion To . . . Maintain Order of Confinement (Doc #31)** is granted;

2.  That the court shall conduct a change of plea hearing on **September 30, 2015**, commencing at 10:00 a.m. (MDT), at which counsel and the defendant shall

---

[1] "[#32]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

appear without further notice or order; provided, further that the United States Marshal or his designee shall assist the court in securing the presence of the defendant;

     3.  That the **Order of Confinement** [#31] filed August 27, 2015, is extended through completion of the change of plea hearing on September 30, 2015; and

     4.  That accordingly the defendant, William Mexico, shall continue to be incarcerated in FCI Englewood at 9595 West Quincy Avenue, Littleton, Colorado, until completion of the change of plea hearing on September 30, 2015.

     Dated September 10, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn* (signature)

Robert E. Blackburn
United States District Judge